UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALISE MACHELL TYLER, | Case No. CV-20-82-GF-JTJ |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is reversed and remanded for an immediate award of benefits from October 10, 2017 through the date last injured.

Dated this 23rd day of June, 2021.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk